UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| In re: | § | Case No. 09-44538-SPS |
|---|---|---|
| | § | |
| BROSHON J LESURE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

  219 South Dearborn Street, Chicago, IL 60604

  Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 08/25/2010, in Courtroom 642, United States Courthouse, . If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/26/2010   By: /s/ David P. Leibowitz
                   (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (9/1/2009)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 09-44538-SPS |
| | § | |
| BROSHON J LESURE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of* $7,445.07
*and approved disbursements of* $3,768.68
*leaving a balance on hand of[1]:* $3,676.39

Claims of secured creditors will be paid as follows: NONE

Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---:|---:|
| Trustee, DAVID P. LEIBOWITZ | $919.10 | $66.14 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $32,825.07 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.2%.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of additional interest

**UST-Form 101-7-NFR (9/1/2009)**

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Proposed Amount |
|---|---|---|---|
| 1 | Brookwood School Dist #167 | $14,938.00 | $1,224.68 |
| 2 | Capital One Bank (USA), N.A. | $1,733.95 | $142.15 |
| 3 | Figi's Inc | $85.94 | $7.05 |
| 4 | VALOREM, LLC | $288.66 | $23.67 |
| 5 | Cavalry Portfolio Services, LLC | $840.52 | $68.91 |
| 6 | Brookwood School District | $14,938.00 | $1,224.69 |

Tardily filed claims of general (unsecured) creditors totaling $9,532.06 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0%.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Proposed Amount |
|---|---|---|---|
| 7 | Great Lakes Educational Loan Services | $9,532.06 | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0%.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

The amount of surplus returned to the debtor(s) after payment of all claims and interest is $0.00.

Prepared By:  /s/ David P. Leibowitz
                      Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.
**UST-Form 101-7-NFR (9/1/2009)**

**UST-Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: dross                 Page 1 of 1                  Date Rcvd: Jul 27, 2010
Case: 09-44538                Form ID: pdf006             Total Noticed: 31


The following entities were noticed by first class mail on Jul 29, 2010.
 db           +Broshon J Lesure,    16435 S Winchester,    Markham, IL 60428-5638
 aty          +Catherine Kim,    Robert J Semrad & Associates,    20 S. Clark St.,    28th Floor,
                Chicago, IL 60603-1811
 aty          +Christopher Turnbull,    Robert J Semrad & Associates,    20 South Clark St,   28th Floor,
                Chicago, IL 60603-1811
 aty          +Janna L Quarless,    Robert J Semrad and Associates,    20 S. Clark Street, 28th Floor,
                Chicago, IL 60603-1811
 aty           John Eggum,    Lakelaw,    420 W Clayton Street,    Waukegan, IL 60085-4216
 aty          +Jonathan T Brand,    Lakelaw,    420 W. Clayton Street,    Waukegan, IL 60085-4216
 tr           +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,   Waukegan, IL 60085-4216
14764332      +Acs/bank Of America,    501 Bleeker St,    Utica, NY 13501-2401
14764333      +Arrow Financial Services,    5996 W Touhy Ave,    Niles, IL 60714-4610
14989599      +Brookwood School Dist #167,    Centurion Service Corporation,    1606 Colonial Parkway,
                Inverness, Illinois 60067-4738
14764334      +Brookwood School District,    201 Glenwood Dyer Road,    Glenwood, IL 60425-1897
14764335      +Calvary Portfolio Services,    Attention: Bankruptcy Department,    Po Box 1017,
                Hawthorne, NY 10532-7504
15132536       Capital One Bank (USA), N.A.,    by American Infosource Lp As Agent,    PO Box 71083,
                Charlotte, NC 28272-1083
15563484      +Cavalry Portfolio Services, LLC,    as assignee of Sprint,    7 Skyline Drive, Third Floor,
                Hawthorne, NY 10532-2156
14764336      +Ccs/first National Ban,    500 E 60th St N,    Sioux Falls, SD 57104-0478
14764338      +Enhanced Recovery Corp,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
14764339      +Er Solutions,    Po Box 9004,    Renton, WA 98057-9004
14764340      +Figi’s Inc,    3200 S Maple Ave,    Marshfield, WI 54449-8612
14764341      +First Premier Bank,    Po Box 5524,    Sioux Falls, SD 57117-5524
14764343      +First Revenue Assuranc,    4500 Cherry Creek Dr Ste,    Denver, CO 80246-1518
14948144       Great Lakes Educational Loan Services,    Claims Filing Unit,    Po Box 8973,
                Madison, WI 53708-8973
14764344      +Jefferson Capital Syst,    16 Mcleland Rd,    Saint Cloud, MN 56303-2198
14764345      +Midland Credit Mgmt,    8875 Aero Drive Suite 200,    San Diego, CA 92123-2255
14764346      +Midnight Velvet,    Swiss Colony Midnight Velvet,    1112 7th Ave,    Monroe, WI 53566-1364
14764347      +Monroe And Main,    1112 7th Ave,    Monroe, WI 53566-1364
14764348      +Rita Hill,    806 Westwood,    Glenwood, IL 60425-1324
14764349      +Seventh Avenue,    1112 7th Ave,    Monroe, WI 53566-1364
14764351      +Superior Mgt,    Attn: Bankruptcy,    Po Box 468089,    Atlanta, GA 31146-8089
14764352      +Teller, Levit, and Silvertrust PC,    11 East Adams Street,    Chicago, IL 60603-6369
15543713      +VALOREM, LLC,    c o Jefferson Capital Systems LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999,
                Orig By: FINGERHUT/AXSYS NATIONAL BANK
14764353      +Wells Fargo,    Po Box 60510,    Los Angeles, CA 90060-0510

The following entities were noticed by electronic transmission.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14764337       Doremus William Wallac
 aty*         +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
14764342*     +First Premier Bank,    Po Box 5524,    Sioux Falls, SD 57117-5524
14764350*     +Seventh Avenue,    1112 7th Ave,    Monroe, WI 53566-1364
                                                                                               TOTALS: 1, * 3, ## 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 29, 2010**                    **Signature:** *Joseph Speetjens*