UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 09-44538-SPS |
| | § | |
| BROSHON J LESURE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $17,674.00 | Assets Exempt: | $4,800.00 |
| Total Distributions to Claimants: | $2,691.84 | Claims Discharged Without Payment: | $78,375.29 |
| Total Expenses of Administration: | $985.24 | | |

3) Total gross receipts of $7,445.76 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $3,768.68 (see **Exhibit 2**), yielded net receipts of $3,677.08 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $20,756.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $985.24 | $985.24 | $985.24 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $38,919.00 | $42,357.13 | $42,357.13 | $2,691.84 |
| **Total Disbursements** | $59,675.00 | $43,342.37 | $43,342.37 | $3,677.08 |

4). This case was originally filed under chapter 7 on 11/24/2009. The case was pending for 14 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/04/2011   By: /s/ David P. Leibowitz
                         Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| anticipated tax return $7,444 ($2,816 earned inc | 1129-000 | $7,444.00 |
| Interest Earned | 1270-000 | $1.76 |
| **TOTAL GROSS RECEIPTS** | | **$7,445.76** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| Broshon J Lesure | Exemptions | 8100-002 | $3,000.00 |
| Broshon J. Lesure | Exemptions | 8100-002 | $768.68 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$3,768.68** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo | 4110-000 | $20,756.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$20,756.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID P. LEIBOWITZ, Trustee | 2100-000 | NA | $919.10 | $919.10 | $919.10 |
| DAVID P. LEIBOWITZ, Trustee | 2200-000 | NA | $66.14 | $66.14 | $66.14 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$985.24** | **$985.24** | **$985.24** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

**UST Form 101-7-TDR (10/1/2010)**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Brookwood School Dist #167 | 7100-000 | NA | $14,938.00 | $14,938.00 | $1,225.00 |
| 4 | VALOREM, LLC | 7100-000 | NA | $288.66 | $288.66 | $23.67 |
| 5 | Cavalry Portfolio Services, LLC as assignee of Sprint | 7100-000 | $124.00 | $840.52 | $840.52 | $68.93 |
| 6 | Brookwood School District | 7100-000 | NA | $14,938.00 | $14,938.00 | $1,225.00 |
| 7 | Great Lakes Educational Loan Services | 7200-000 | NA | $9,532.06 | $9,532.06 | $0.00 |
| | Acs/bank Of America | 7100-000 | $11,807.00 | NA | NA | $0.00 |
| | Arrow Financial Services | 7100-000 | $834.00 | NA | NA | $0.00 |
| | Capital One Bank (USA), N.A. | 7100-000 | $0.00 | $1,733.95 | $1,733.95 | $142.19 |
| | Ccs/first National Ban | 7100-000 | $355.00 | NA | NA | $0.00 |
| | Doremus William Wallac | 7100-000 | $3,168.00 | NA | NA | $0.00 |
| | Enhanced Recovery Corp | 7100-000 | $199.00 | NA | NA | $0.00 |
| | Er Solutions | 7100-000 | $102.00 | NA | NA | $0.00 |
| | Figi's Inc | 7100-000 | $85.00 | $85.94 | $85.94 | $7.05 |
| | First Premier Bank | 7100-000 | $425.00 | NA | NA | $0.00 |
| | First Premier Bank | 7100-000 | $396.00 | NA | NA | $0.00 |
| | First Revenue Assuranc | 7100-000 | $1,728.00 | NA | NA | $0.00 |
| | Jefferson Capital Syst | 7100-000 | $449.00 | NA | NA | $0.00 |
| | Midland Credit Mgmt | 7100-000 | $953.00 | NA | NA | $0.00 |
| | Midnight Velvet | 7100-000 | $377.00 | NA | NA | $0.00 |
| | Monroe And Main | 7100-000 | $402.00 | NA | NA | $0.00 |
| | Seventh Avenue | 7100-000 | $445.00 | NA | NA | $0.00 |
| | Seventh Avenue | 7100-000 | $342.00 | NA | NA | $0.00 |
| | Superior Mgt | 7100-000 | $1,728.00 | NA | NA | $0.00 |
| | Teller, Levit, and Silvertrust PC | 7100-000 | $15,000.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $38,919.00 | $42,357.13 | $42,357.13 | $2,691.84 |

**UST Form 101-7-TDR (10/1/2010)**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| **Case No.:** | 09-44538-SPS | **Trustee Name:** | David Leibowitz |
|---|---|---|---|
| **Case Name:** | LESURE, BROSHON J | **Date Filed (f) or Converted (c):** | 11/24/2009 (f) |
| **For the Period Ending:** | 1/4/2011 | **§341(a) Meeting Date:** | 12/28/2009 |
| | | **Claims Bar Date:** | 05/14/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  checking - suburban bank & trust | $120.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:**  Orig. Asset Memo: Imported from Amended Doc#: 18 | | | | | |
| 2  savings- suburban bank and trust | $5.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:**  Orig. Asset Memo: Imported from Amended Doc#: 18 | | | | | |
| 3  guarantee bank - checking | $5.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:**  Orig. Asset Memo: Imported from Amended Doc#: 18 | | | | | |
| 4  furniture | $800.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:**  Orig. Asset Memo: Imported from Amended Doc#: 18 | | | | | |
| 5  clothes | $600.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:**  Orig. Asset Memo: Imported from Amended Doc#: 18 | | | | | |
| 6  2006 Chevy Equinox | $8,700.00 | $8,700.00 | DA | $0.00 | FA |
| **Asset Notes:**  Orig. Asset Memo: Imported from Amended Doc#: 18 | | | | | |
| 7  anticipated tax return $7,444 ($2,816 earned inc | $7,444.00 | $4,174.00 | DA | $7,444.00 | FA |
| **Asset Notes:**  Orig. Asset Memo: Imported from Amended Doc#: 14 | | | | | |
| INT  Interest Earned  **(u)** | Unknown | Unknown | | $1.76 | FA |

**TOTALS (Excluding unknown value)**                                                                                                   **Gross Value of Remaining Assets**

$17,674.00        $12,874.00                    $7,445.76        $0.00

**Major Activities affecting case closing:**
11/01/2010    Prepare TDR

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 04/21/2011 |
| **Current Projected Date Of Final Report (TFR):** | 04/21/2011 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| **Case No.** | 09-44538-SPS | |
| **Case Name:** | LESURE, BROSHON J | |
| **Primary Taxpayer ID #:** | ******2085 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 11/24/2009 | |
| **For Period Ending:** | 1/4/2011 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | The Bank of New York Mellon |
| **Money Market Acct #:** | ******9265 |
| **Account Title:** | Money Market Account |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/06/2010 | | Wire in from JPMorgan Chase Bank, N.A. account | Wire in from JPMorgan Chase Bank, N.A. account ********9265 | 9999-000 | $4,444.43 | | $4,444.43 |
| 04/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.21 | | $4,444.64 |
| 05/14/2010 | 11002 | Broshon J Lesure | wrong amount | 8100-002 | | $768.36 | $3,676.28 |
| 05/14/2010 | 11002 | Broshon J Lesure | wrong amount | 8100-003 | | ($768.36) | $4,444.64 |
| 05/14/2010 | 11003 | Broshon J. Lesure | Second portion of Tax Refund | 8100-002 | | $768.68 | $3,675.96 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.25 | | $3,676.21 |
| 06/25/2010 | (INT) | Bank of New York Mellon | Interest | 1270-000 | $0.15 | | $3,676.36 |
| 06/25/2010 | | Sterling Bank | Transfer Funds | 9999-000 | | $3,676.36 | $0.00 |
| | | | **TOTALS:** | | $4,445.04 | $4,445.04 | $0.00 |
| | | | Less: Bank transfers/CDs | | $4,444.43 | $3,676.36 | |
| | | | Subtotal | | $0.61 | $768.68 | |
| | | | Less: Payments to debtors | | $0.00 | $768.68 | |
| | | | Net | | $0.61 | $0.00 | |

**For the period of 11/24/2009 to 1/4/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.61 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.61 |
| Total Internal/Transfer Receipts: | $4,444.43 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $768.68 |
| Total Comp/Non Comp Disbursements: | $768.68 |
| Total Internal/Transfer Disbursements: | $3,676.36 |

**For the entire history of the account between 04/06/2010 to 1/4/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.61 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.61 |
| Total Internal/Transfer Receipts: | $4,444.43 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $768.68 |
| Total Comp/Non Comp Disbursements: | $768.68 |
| Total Internal/Transfer Disbursements: | $3,676.36 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2

Exhibit 9

| | | |
|---|---|---|
| **Case No.** | 09-44538-SPS | **Trustee Name:** David Leibowitz |
| **Case Name:** | LESURE, BROSHON J | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| **Primary Taxpayer ID #:** | ******2085 | **Money Market Acct #:** ******9265 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** Money Market Account |
| **For Period Beginning:** | 11/24/2009 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 1/4/2011 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 02/12/2010 | (7) | United States Treasury | Tax Intercept | 1129-000 | $7,444.00 | | $7,444.00 |
| 02/26/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.10 | | $7,444.10 |
| 03/15/2010 | 1001 | Broshon J Lesure | Portion due to Debtor from Fed Tax Refund | 8100-002 | | $3,000.00 | $4,444.10 |
| 03/31/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.30 | | $4,444.40 |
| 04/06/2010 | | Wire out to BNYM account ********9265 | Wire out to BNYM account ********9265 | 9999-000 | ($4,444.43) | | ($0.03) |
| 04/06/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | $0.03 | | $0.00 |
| | | | **TOTALS:** | | $3,000.00 | $3,000.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | ($4,444.43) | $0.00 | |
| | | | **Subtotal** | | $7,444.43 | $3,000.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $3,000.00 | |
| | | | **Net** | | $7,444.43 | $0.00 | |

**For the period of 11/24/2009 to 1/4/2011**

| | |
|---|---|
| Total Compensable Receipts: | $7,444.43 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,444.43 |
| Total Internal/Transfer Receipts: | ($4,444.43) |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $3,000.00 |
| Total Comp/Non Comp Disbursements: | $3,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 02/12/2010 to 1/4/2011**

| | |
|---|---|
| Total Compensable Receipts: | $7,444.43 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,444.43 |
| Total Internal/Transfer Receipts: | ($4,444.43) |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $3,000.00 |
| Total Comp/Non Comp Disbursements: | $3,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3

Exhibit 9

| | | |  | | | |
|---|---|---|---|---|---|---|
| **Case No.** | 09-44538-SPS | | | **Trustee Name:** | | David Leibowitz |
| **Case Name:** | LESURE, BROSHON J | | | **Bank Name:** | | Sterling Bank |
| **Primary Taxpayer ID #:** | ******2085 | | | **Checking Acct #:** | | ******4538 |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | | |
| **For Period Beginning:** | 11/24/2009 | | | **Blanket bond (per case limit):** | | $5,000,000.00 |
| **For Period Ending:** | 1/4/2011 | | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 11/11/2010 | | Transfer From: #******4538 | | 9999-000 | $3,677.08 | | $3,677.08 |
| 11/11/2010 | 2001 | DAVID P. LEIBOWITZ | Trustee Compensation | 2100-000 | | $919.10 | $2,757.98 |
| 11/11/2010 | 2002 | DAVID P. LEIBOWITZ | Trustee Expenses | 2200-000 | | $66.14 | $2,691.84 |
| 11/11/2010 | 2003 | Brookwood School Dist #167 | Claim #: 1; Amount Claimed: 14,938.00; Amount Allowed: 14,938.00; Distribution Dividend: 8.20; | 7100-000 | | $1,225.00 | $1,466.84 |
| 11/11/2010 | 2004 | Capital One Bank (USA), N.A. | Claim #: 2; Amount Claimed: 1,733.95; Amount Allowed: 1,733.95; Distribution Dividend: 8.20; | 7100-000 | | $142.19 | $1,324.65 |
| 11/11/2010 | 2005 | Figi's Inc | Claim #: 3; Amount Claimed: 85.94; Amount Allowed: 85.94; Distribution Dividend: 8.20; | 7100-000 | | $7.05 | $1,317.60 |
| 11/11/2010 | 2006 | VALOREM, LLC | Claim #: 4; Amount Claimed: 288.66; Amount Allowed: 288.66; Distribution Dividend: 8.20; | 7100-000 | | $23.67 | $1,293.93 |
| 11/11/2010 | 2007 | Cavalry Portfolio Services, LLC | Claim #: 5; Amount Claimed: 840.52; Amount Allowed: 840.52; Distribution Dividend: 8.20; | 7100-000 | | $68.93 | $1,225.00 |
| 11/11/2010 | 2008 | Brookwood School District | Claim #: 6; Amount Claimed: 14,938.00; Amount Allowed: 14,938.00; Distribution Dividend: 8.20; | 7100-000 | | $1,225.00 | $0.00 |
| | | | **TOTALS:** | | $3,677.08 | $3,677.08 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $3,677.08 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $3,677.08 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $3,677.08 | |

**For the period of 11/24/2009 to 1/4/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $3,677.08 |
| | |
| Total Compensable Disbursements: | $3,677.08 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,677.08 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 11/11/2010 to 1/4/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $3,677.08 |
| | |
| Total Compensable Disbursements: | $3,677.08 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,677.08 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-44538-SPS | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | LESURE, BROSHON J | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******2085 | | Money Market Acct #: | ******4538 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA |
| For Period Beginning: | 11/24/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/4/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/25/2010 | | Bank of New York Mellon | Transfer Funds | 9999-000 | $3,676.36 | | $3,676.36 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.03 | | $3,676.39 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.16 | | $3,676.55 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.16 | | $3,676.71 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.15 | | $3,676.86 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.16 | | $3,677.02 |
| 11/11/2010 | (INT) | Sterling Bank | Account Closing Interest As Of 11/11/2010 | 1270-000 | $0.06 | | $3,677.08 |
| 11/11/2010 | | Transfer To: #******4538 | | 9999-000 | | $3,677.08 | $0.00 |
| | | | **TOTALS:** | | $3,677.08 | $3,677.08 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $3,676.36 | $3,677.08 | |
| | | | **Subtotal** | | $0.72 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.72 | $0.00 | |

| For the period of 11/24/2009 to 1/4/2011 | | For the entire history of the account between 06/25/2010 to 1/4/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.72 | Total Compensable Receipts: | $0.72 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.72 | Total Comp/Non Comp Receipts: | $0.72 |
| Total Internal/Transfer Receipts: | $3,676.36 | Total Internal/Transfer Receipts: | $3,676.36 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $3,677.08 | Total Internal/Transfer Disbursements: | $3,677.08 |

Case 09-44538 Doc 38 Filed 07/18/13 Entered 07/18/13 15:39:32 Desc Main Document Page 10 of 10

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-44538-SPS | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | LESURE, BROSHON J | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******2085 | | Money Market Acct #: | ******4538 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA |
| For Period Beginning: | 11/24/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/4/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $7,445.76 | $7,445.76 | $0.00 |

| For the period of 11/24/2009 to 1/4/2011 | | For the entire history of the case between 11/24/2009 to 1/4/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $7,445.76 | Total Compensable Receipts: | $7,445.76 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,445.76 | Total Comp/Non Comp Receipts: | $7,445.76 |
| Total Internal/Transfer Receipts: | $7,353.44 | Total Internal/Transfer Receipts: | $7,353.44 |
| | | | |
| Total Compensable Disbursements: | $3,677.08 | Total Compensable Disbursements: | $3,677.08 |
| Total Non-Compensable Disbursements: | $3,768.68 | Total Non-Compensable Disbursements: | $3,768.68 |
| Total Comp/Non Comp Disbursements: | $7,445.76 | Total Comp/Non Comp Disbursements: | $7,445.76 |
| Total Internal/Transfer Disbursements: | $7,353.44 | Total Internal/Transfer Disbursements: | $7,353.44 |